IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:96-cr-00016-MP

RICHARD DUTTON,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 97, Motion for Rule 35 Relief by Richard Dutton. In the motion, Mr. Dutton argues that amendment 591 of the Sentencing Guidelines requires a modification of his sentence. In order to facilitate determination of this matter, the Court directs the United States to file a response to the motion by Friday, August 5, 2005.

    **DONE AND ORDERED** this _26th_ day of July, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge